Andrew Sterling
Principal Assistant City Attorney for
Michael G. Rankin
CITY ATTORNEY
P.O. Box 27210
Tucson, AZ  85726-7210
Telephone: (520) 791-4221
Fax: (520) 623-9803
Andrew.Sterling@tucsonaz.gov
State Bar No. 30471
*Attorney for Defendants City of Tucson and Ramon Vazquez*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Armando Morales and Dora Lopez, husband and wife,<br><br>Plaintiffs,<br><br>vs.<br><br>City of Tucson, a municipality, Ramon Vazquez and Jane Doe Vazquez, husband and wife, Does I-X, ABC Partnerships I-X, inclusive and XYZ corporations, inclusive,<br><br>Defendants. | No. 4:23-cv-00498-BGM<br><br>**NOTICE OF SERVICE OF DEFENDANTS' INITIAL DISCLOSURE STATEMENT**<br><br>(Assigned to Hon. Bruce G. MacDonald) |

PLEASE TAKE NOTICE that on this date Defendants City of Tucson and Ramon Vazquez, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 26(a) and the Court's Scheduling Order (Doc. 19) dated April 2, 2024, served upon Plaintiff their Initial Disclosure Statement.

DATED: April 24, 2024.

                                            MICHAEL G. RANKIN
                                            City Attorney

                                        By    /s/ Andrew Sterling
                                                    Andrew Sterling
                                                    Principal Assistant City Attorney

# CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Francisco Leon
Law Office of Francisco Leon
8987 East Tanque Verde Road, #309-432
Tucson, Arizona 85749
azcrimlaw@gmail.com
    *Attorney for Plaintiffs*

By E. Acosta/rdv