IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Armando Morales, et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>City of Tucson, et al.,<br><br>　　　　Defendants. | No. CV-23-00498-TUC-BGM<br><br>**ORDER TO SHOW CAUSE** |

　　　　On April 2, 2024, this Court issued a Scheduling Order. (Doc. 19.) In the Order, the Court directed that "Counsel shall file a brief **Joint Settlement Status Report** (containing no specific settlement terms or offers) on or before **June 28, 2024**, and every **thirty (30) days** thereafter." (*Id*. ¶ G.) As of today, the parties have failed to file their report.

　　　　"There is a well[-]established principle that district courts have inherent power to control their dockets," *United States v. W.R. Grace*, 526 F.3d 499, 509 (9th Cir. 2008) (cleaned up), and a failure to follow a court order may result in case dismissal, *Hells Canyon Pres. Council v. U.S. Forest Serv.*, 403 F.3d 683, 689 (9th Cir. 2005). The parties have three (3) days, up to and including July 11, 2024, to explain to the Court why they have failed to file a joint settlement status report as instructed in the Scheduling Order. The parties are admonished that any future failure to follow a Court order may result in sua sponte case dismissal. Accordingly,

**IT IS ORDERED** that the parties **SHOW CAUSE** why they have failed to file a joint settlement status report as instructed in the April 2, 2024 Scheduling Order.

**IT IS FURTHER ORDERED** that any future failure to follow a Court order may result in sua sponte case dismissal.

Dated this 8th day of July, 2024.

Honorable Bruce G. Macdonald
United States Magistrate Judge