**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Armando Morales, et al., | No. CV-23-00498-TUC-BGM |
| Plaintiffs, | **ORDER** |
| v. | |
| City of Tucson, et al., | |
| Defendants. | |

Before the Court is Plaintiff's Motion for Leave to File Second Amended Complaint. (Doc. 31.) The Motion has been fully briefed. (Docs. 33, 35.) Local Rule of Civil Procedure 15.1 guides the filing of amended pleadings. It provides, in part:

> **(a) Amendment by Motion.** A party who moves for leave to amend a pleading must attach a copy of the proposed amended pleading as an exhibit to the motion, which must indicate in what respect it differs from the pleading which it amends, by bracketing or striking through the text to be deleted and underlining the text to be added. The proposed amended pleading must not incorporate by reference any part of the preceding pleading, including exhibits.

LRCiv 15.1(a).

Review of Plaintiff's Motion and proposed Second Amended Complaint indicates that Plaintiff fails to meet the requirements of LRCiv 15.1(a). (*See* Docs. 31-32.) Accordingly, Plaintiff's motion is denied without prejudice, and Plaintiff is granted leave of five (5) days to re-file his motion and proposed second amended complaint in

compliance with LRCiv 15.1(a). Unless otherwise indicated by the Court, no further briefing on the matter is necessary.

**IT IS ORDERED** that Plaintiff's Motion for Leave to File Second Amended Complaint (Doc. 31) is denied without prejudice.

**IT IS FURTHER ORDERED** that Plaintiff is granted leave of (5) days to re-file his motion and second amended complaint in compliance with LRCiv 15.1(a). Unless otherwise instructed by the Court, no further briefing on the matter is necessary.

Dated this 4th day of October, 2024.

Honorable Bruce G. Macdonald
United States Magistrate Judge